AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>KESNER JOASEUS,<br>WADNO DORNEAU, and<br>MIGUEL TILUS,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 16-8005-DLB<br>)<br>)<br>) |

FILED BY _____ D.C.

JAN 0 6 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   November 2014 - December 2015   in the county of   Palm Beach and Broward   in the
   Southern   District of   Florida   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1341 and 1349 | Mail fraud and mail fraud conspiracy. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven Leisure, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   1-6 2016

_____
*Judge's signature*

City and state:   West Palm Beach, Florida         Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I Steven Leisure, first being duly sworn, do hereby depose and state as follows:

1.      Your Affiant is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations (HSI), currently assigned to the Office of the Assistant Special Agent in Charge, West Palm Beach, Florida.

2.      I have been a Special Agent with Immigration and Customs Enforcement since 1998.  Prior to that I was employed by the Federal Deposit Insurance Corporation (FDIC) as an Asset Operation Specialist for eight years.  As a Special Agent of HSI, I have received 23 weeks of training at the Federal Law Enforcement Training Center, which included the application of Federal Statutes, to include 18 U.S.C. 1341 and 18 U.S.C. 1349, Federal Court procedures, and the techniques required to insure the admissibility of evidence at trial.  In addition, as a Special Agent of HSI, I have conducted numerous investigations into allegations of fraud and/or identity theft.  I have been a sworn Federal Special Agent with the Department of Homeland Security since 1998.

3.      The information contained in this affidavit is known to me through personal observation as well as information provided to me by others in the course of my investigation, review of documents provided by financial institutions, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit does not contain every fact known to me concerning this investigation.  I have set forth the facts I believe establish a violation of Federal law.

4.      I submit this affidavit in support of a criminal complaint charging that from at least as early as November 2014 to the present, Kesner JOASEUS, Wadno DORNEAU and Miguel TILUS have been engaged in a scheme to defraud for the purpose of obtaining money by means of false and fraudulent pretenses, and have conspired to do so, in violation of Title 18, United States Code, Sections 1341 (Mail Fraud) and 1349 (Attempt and Conspiracy to Commit Mail Fraud).

## THE TARGET INDIVIDUALS AND COMPANY

5.      Kesner JOASEUS, Wadno DORNEAU, and Miguel TILUS are individuals who reside in Palm Beach County, and conduct the fraudulent business described below in Palm Beach and Broward Counties, in the Southern District of Florida.

6.      RHA 2 LLC is a lawful and legitimate private Real Estate Investment Trust ("REIT") investing in single-family residential rental real estate.  It is a Delaware limited liability company, registered with the Florida Sect of State as a foreign entity authorized to transact business in Florida. Property rentals for RHA 2 are managed by an affiliated property management company, HavenBrook Homes, LLC.  HavenBrook Homes, LLC is a Delaware limited liability company registered with the Florida Sect of State as a

foreign entity authorized to transact business in Florida. HavenBrook Homes has a significant online presence as a real property rental company, with a strong presence in Palm Beach County. It will be referred to hereafter as "HavenBrook Homes" or "HavenBrook."

**7.** On January 8, 2015, articles of incorporation were filed with the Florida Department of State, Division of Corporations (FLSDC) for a company with a similar name, "RHA Two, LLC," listing the business address as 217 Bayberry Dr., West Palm Beach, FL. 217 Bayberry Drive was used by Kesner JOASEUS and his coconspirators as a depository location for fraudulently obtained rental payments, as described more fully below. Investigation later confirmed that this business was established in order to create confusion with the legitimate company RHA 2, LLC, d/b/a HavenBrook Homes.

### THE OVERALL MAIL FRAUD SCHEME

8. I have learned through interviews of HavenBrook employees that HavenBrook purchases residential homes in Palm Beach and Broward Counties and renovates them as rental properties. After the renovation of the home is complete, the property is transferred to the leasing division of HavenBrook to arrange listing of the property for lease. HavenBrook typically places lockboxes on the homes while they are in the process of construction/renovation, and when that process is complete while they are cleared to be leased. There are times when the home is substantially ready to be rented, but has not been leased yet and so remains on the lockbox.

9. Through information obtained from HavenBrook homes and investigation, I have confirmed that beginning at least as early as November 2014 through the present, subjects DORNEAU, JOASEUS and TILUS have been conspiring, using the similar company name RHA Two, LLC, to illegally take possession of and rent the homes lawfully owned by HavenBrook while assuming the legitimate company's identity.

10. In order to accomplish this, the subjects identify which properties are owned by HavenBrook Homes and monitor their status. When construction is nearing completion, DORNEAU, JOASEUS and/or TILUS remove the lockbox from a targeted home and call a locksmith to change the locks on the home. Immediately after having the locks changed, sometimes within hours, DORNEAU, JOASEUS and/or TILUS place signs in high traffic areas advertising a home for rent and posting one of several prepaid cell phone numbers, including 561-XXX-9149 and 561-XXX-9848.

11. When people call to inquire about the home, DORNEAU, JOASEUS or TILUS will give the parties an address and the lockbox code, or meet with them at the property. After the potential renters have viewed the house, if they like the house, then they contact the phone number and either DORNEAU, JOASEUS or TILUS will meet them at the home and present the renters with a lease to sign, typically requiring payment of first month's rent, last month's rent and security deposit upon signing.

12.     Interviews with renters who have moved into houses owned by HavenBrook, and examination of their leases, show that the leases that the defendants provide are generic Florida leases with HavenBrook Homes information on them (RHA 2, LLC., 3505 Koger Blvd., Suite 400, Duluth, GA).

13.     The U. S. Postal Inspection Service informed me that on February 23, 2015, Wadno DORNEAU applied for and received assignment of P. O. Box 15588, West Palm Beach FL 33416, using his driver's license, and a voter or vehicle registration card. DORNEAU listed the email WDORNEAU@YAHOO.COM as his email address contact on the P. O. Box application.

14.     A number of renters reported that shortly after moving into the rental homes, they received a letter by U. S. Mail with a HavenBrook Homes logo stating they should now send all correspondence, including rent payments, to RHA 2, LLC, at either P.O. Box 15588, West Palm Beach, FL  33416, or 217 Bayberry Drive, West Palm Beach, FL.

15.     In or about January 2015, an account in the name RHA Two, LLC was opened online with SunTrust Bank, Account # XXXXXXXX1750.  Preliminary review of the SunTrust records shows numerous deposits of rental payments on properties owned by HavenBrook in the form of money orders and cashier's checks.  The records also show numerous checks payable to subjects TILUS and DORNEAU, as well as numerous cash withdrawals from this account.

16.     Physical surveillance by law enforcement officers confirmed subject DORNEAU, on numerous occasions collecting mail from P.O. Box 15588, and then driving to local banks, including SunTrust, to make deposits of the rental checks, as described in more detail below.

17.     On May 7, 2015, Special Agent Jason Varkus of HSI interviewed a locksmith who had been hired by these subjects to change the locks on nine separate rental properties in Palm Beach County, all of which are owned by HavenBrook Homes.  The locksmith provided him with invoices for this work dated from 2/23/2015 to 3/19/2015.  During this interview, the locksmith employee informed him that the email given to him for correspondence was HAVENBROOK14@YAHOO.COM.

## THE DEFRAUDED RENTAL CUSTOMERS

18.     From May 2015 to the present, law enforcements officers of Lantana Police Department, HSI and I have interviewed several victims who were deceived into believing they were legally renting houses owned by HavenBrook Homes.  What follows are summaries of the statements given by these witnesses to law enforcement.

19.     On or about 11/24/2014, one such rental customer, "R.R." obtained a cashier's check for $5,150.00 made payable to RHA 2, LLC as first month, last month and security deposit for 1411 Duval St., Lantana, FL  33462.  On 02/23/2014, the cashier's

check for $5,150.00 was deposited to SunTrust Account # XXXXXXXX1750, the account for RHA Two, LLC, controlled by subjects JOASEUS, DORNAU and TILUS.

20. On 05/16/2015, R.R. received a letter with a HavenBrook Homes logo (apparently counterfeit) advising her that she has not paid rent for December, January, February and March. The letter also stated she needed to send her payment to RHA 2 LLC, P.O. Box 15588, West Palm Beach, FL 33416.

21. On or about, 11/26/2014, "L.P." obtained money orders in the amount of $1950.00 made payable to RHA 2, LLC as first month ($900), security deposit ($900) and $150 application fee for 907 Churchill Rd., West Palm Beach, FL. L.P. continued to send $900, in the form of money orders, each month after that until June 2015 to RHA 2, LLC, P.O. Box 15588, West Palm Beach, FL. L.P. provided agents with copies of her Western Union money order receipts, 17198670486 ($450), 17198670591($450), 17226733663 ($450) and 17226733662 ($450), for May 2015 and June 2015 rent payments. On 05/06/2015, Western Union money orders 17-198670591 ($450) and 17-198670486 ($450) were deposited to SunTrust Account # XXXXXXXX1750, which is the account for RHA Two, LLC.

22. During the month of May 2015, L.P. was told by a representative of HavenBrook Homes that she was residing illegally in the home because her rental payments were not being received by the owner of the property, HavenBrook Homes.

23. On or about 11/14/2014, "A.S." paid $3850.00 cash to rent 6608 South Congress Ave., Lake Worth, FL, which house is actually owned by HavenBrook Homes. A.S. identified Miguel TILUS from a photo lineup, stating that he was the individual that she gave the rent money to. After A.S. discovered it was a fraud, she vacated the home.

24. On 01/02/2015, "B.H." and "S.Y." obtained Western Union money orders in the amount of $2500.00 for the 1st month ($1200), last month ($1200) and application fee ($100) to rent 5801 Royal Palm Blvd., Margate, FL 33063. B.H. and S.Y. stated they gave the money to a tall black man who called himself "Dave". When presented with a photo line-up, B.H. positively identified Wadno DORNEAU as the man who brought them the lease and to whom they gave the $2500.

25. On or about 03/17/2015, B.H. and S.Y. received a letter with a HavenBrook Homes logo stating that RHA 2, LLC has changed their address and they should mail their rent payments to P.O. Box 15588, West Palm Beach, FL 33403.

26. Mr. B.H. and S.Y. provided agents with receipts for the five Western Union money orders, numbered 17-136495475 through 17-136495479, they used to pay DORNEAU each in the amount of $500, totaling $2500. On 02/20/2015, Western Union Money Orders 17-136495475 through 17-136495479 were deposited to SunTrust Account# # XXXXXXXX1750, which is the account for RHA Two, LLC.

27. On or about 05/25/2015, "B.C." paid $2400 cash to an individual later identified as Wadno DORNEAU through a photo lineup. B.C. paid this money to rent 716 S 14th St., Lantana, FL 33462, a property owned by HavenBrook Homes. On 05/26/2015, a HavenBrook Homes construction crew showed up at the home to do work and told B.C. that no one should be living in the house. She then knew she had been defrauded by DORNEAU.

28. On 05/27/2015, utilizing a confidential informant (CI), Lantana Police contacted the phone number listed on a "For Rent" sign on Dixie Highway in Lantana, FL. The CI was directed to look at address 1120 S. M St., Lake Worth, FL. An individual later identified as Wadno DORNEAU arrived in a white Ford Ranger pickup truck to meet with the CI, show him the home and give him a lease. This meeting was recorded by video and audio. The CI signed the lease but was not provided a copy because no money changed hands at that time. However, this same lease was later recovered from the trash pulled from outside the residence of subject Kesner JOASEUS, as described below.

29. On 06/09/2015, through surveillance, law enforcement officers saw DORNEAU go to the US Post Office at 3200 Summit Blvd., West Palm Beach, FL 33416, open Post Office Box 15588, and remove mail from it. Also during surveillance later that same day, officers saw DORNEAU travel to 10750 Versailles Blvd, Wellington, FL, the home of JOASEUS.

30. On 06/10/2015, officers of the Lantana Police Department witnessed DORNEAU travel to 1120 S M St., Lake Worth, FL, then to SunTrust Bank at 1870 Forrest Hill Blvd., where officers watched DORNEAU deposit what appeared to be money orders. From the bank, DORNEAU traveled to 1121 Magnolia St., West Palm Beach, FL, a house owned by HavenBrook Homes. Officers noticed the door to 1121 Magnolia had a lockbox on it after DORNEAU left, when previously it did not.

31. On 06/15/2015, officers followed DORNEAU to the Post Office at 3200 Summit Blvd., to PO Box 15588 and watched him remove mail from the same. Officers watched DORNEAU discard envelopes into the trash. Officers retrieved the envelopes, one of which was addressed to RHA 2, LLC, PO Box 15588, from S. J., 6112 NW 8th St., Margate, FL 33063, a HavenBrook Homes property.

32. Officers then followed DORNEAU from the post office to SunTrust Bank at 6702 Forrest Hill Blvd., Greenacres, FL. Officers watched DORNEAU make a deposit. After DORNEAU left the bank, officers were able to obtain banking information which shows DORNEAU deposited a Chase Cashier's Check in the amount of $1200 to SunTrust Account # XXXXXXXX1750, which is in the name of RHA Two, LLC. DORNEAU was then followed to 10750 Versailles Blvd., Wellington, FL, the residence of Kesner JOASEUS. Bank records from SunTrust Account # XXXXXXXX1750 confirm the deposit in March 2015 of a Chase cashier's check plus two Chase money orders totaling $2,400 with the name S. J. and address 6112 NW 8th Street, Margate FL notated on them.

## 10750 VERSAILLES BOULEVARD JUNE 24TH TRASH PULL

33.    On 06/24/2015, officers of Lantana Police Department conducted a trash pull at 10750 Versailles Blvd., Wellington, FL, the address occupied by Kesner JOASEUS and his family.  Numerous items of documentary evidence relevant to this fraud were retrieved, including but not limited to the following:

- Handwritten notes with the email address HAVENBROOK14@YAHOO.COM at the top and three names of potential renters together with names and phone numbers of five references, a copy of a Florida driver's license and a social security card for the potential renter.
- Form SS-4 IRS Application for Employer Identification Number, completed by hand in the name of "RHA TWO, LLC" with mailing address of 217 Bayberry Drive, West Palm Beach FL.
- Numerous copies of form rental leases, Residential Lease for Single Family Home and Duplex, both in blank, and completed by computer in the name of RHA 2, LLC, listing the Duluth GA address, but for local Palm Beach and Broward County rental properties known to be owned by HavenBrook Homes.
- Numerous utility correspondences with Rose and Kesner JOASEUS.
- Numerous handwritten notes of names, phone numbers, social security numbers and other personal identifying information of potential renters of property.
- Numerous copies of forms with "HavenBrook Homes" logo entitled "Notice of Payment" directing a number of different renters to "make all future monthly payments payable to Alta TILUS [wife of Miguel TILUS] at 217 Bayberry Drive, West Palm Beach, FL," and listing the cell phone number known to be used by Kesner JOASEUS.
- Handwritten notes of telephone numbers with the title "prospects" at the top.
- Several pages of handwritten notes listing numerous property addresses in Palm Beach County, some containing Palm Beach County Property Appraiser parcel numbers.
- Handwritten list of locksmiths by name and telephone number in West Palm Beach, Lantana and Lake Worth.  Many of these names and numbers have a line drawn through the listing.
- Copies of numerous rental receipts listing property addresses and dollar amount paid ranging from $1,200 to $2,500.
- Receipt for locksmith services at a Lake Worth rental property address and the detail:  "Rekey 2 locks 40--, Drill and replace front door 139--, service 30--" plus credit card number and expiration date.
- Another locksmith credit card receipt noting "Lockwork" for $209.00.

- Blank deposit slips from Chase and SunTrust.
- Eight SunTrust deposit slips for deposits into the RHA Two, LLC SunTrust account Account # XXXXXXXX1750 for the following amounts:

```
$  1,450.00
$26,460.00
$    700.00
$  1,000.00
$    900.00
$10,300.00
```

34. Palm Beach County Property Appraiser records reflect that 10750 Versailles Boulevard was owned by defendant JOASEUS's wife, but has been deeded back and forth between her and defendant TILUS, who is the current owner of record.

35. On September 29, 2015, HavenBrook Homes notified Special Agent Varkus that an individual later identified as Miguel TILUS was photographed at a vacant HavenBrook house in West Palm Beach. Investigators also confirmed that the license plate of the vehicle parked at the house was registered to subject TILUS. This fraud is ongoing.

36. In recent weeks, evidence that this scheme is ongoing has continued to be received by this agent and others, including reports from HavenBrook Homes that they have continued to receive reports of people leasing and moving into houses owned by them without permission, as well as interviews with rental victims confirming their mailing of rental payments to P. O. Box 15588, controlled by the defendants, as recently as November 2015.

37. As of today's date, HavenBrook Homes has confirmed that at least 80 homes owned by them have been fraudulently taken over in the manner described in this affidavit, resulting in fraud losses of rental income that could exceed $100,000 per month. In addition, a preliminary review of records for the SunTrust bank account ending in 1750 reveals deposits of money orders and cashier's checks of over $100,000 during the first six months of 2015.

## CONCLUSION

38. Based on the information provided in this affidavit, there is probable cause to believe that Kesner JOASEUS, Wadno DORNEAU and Miguel TILUS, and their associates, are conspiring and scheming together to defraud and obtain money from HavenBrook Homes and from potential renters of properties owned by HavenBrook Homes, in violation of Title 18 United States Code, Sections 1341 (Mail Fraud) and 1349 (Attempt and Conspiracy to Commit Mail and Wire Fraud).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT STEVEN LEISURE
United States Department of Homeland Security,
Immigration and Customs Enforcement (ICE),
Homeland Security Investigations (HSI)

Sworn to and subscribed before me this 6 day January, 2016.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-8005-DLB

UNITED STATES OF AMERICA

vs.

KESNER JOASEUS,
WADNO DORNEAU, and
MIGUEL TILUS,

    Defendants.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
LAUREN E. JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 726885
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida  33401
TEL (561) 820-8711
FAX (561) 820-8777
Lauren.Jorgensen@usdoj.gov